B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Oregon | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gregorio Martinez Rodriguez** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attached Other names used by Debtor** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**5374** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one state all): |
| Street Address of Debtor (No. and Street, City and State):<br>**4449 Innsbruck Ridge**<br>**Medford, OR 97504** | Street Address of Joint Debtor (No. and Street, City and State): |
| County of Residence or of the Principal Place of Business:<br>**Jackson County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
Form of Organization
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, *check this box and state type of entity below*)

**Chapter 15 Debtors**
Country of debtor's main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Case Business
- [ ] Single Asset Real Estate as defined 11 USC § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee Attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliate) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(B).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | 500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | 500,000,001 to $1 billion | More than $1 billion |

| **VOLUNTARY PETITION** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Gregorio Martinez Rodriguez** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice require by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s) -- (Date) |

**Exhibit C**

Does the debtor own or have posession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this district, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgement against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgement)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgement for possession, after the judgment for posession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C § 362(l)).

| **VOLUNTARY PETITION** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Gregorio Martinez Rodriguez** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Respresentative** |
|---|---|
| I declare under penalty of perjury that the information provided in the petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1511 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **/s/ Gregorio Martinez Rodriguez** *Signature of Debtor* *Signature of Joint Debtor* *Telephone Number* *Date* | *(Signature of Foreign Representative)* *(Printed Name of Foreign Representative)* *Date* |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **/s/ Keith Y. Boyd** *Signature of Attorney for Debtor(s)* **Keith Y. Boyd** *Printed Name of Attorney for Debtor(s)* **The Law Offices of Keith Y. Boyd** *Firm Name* **724 S Central Ave #106** **Medford, OR 97501** **Email Address: keith@boydlegal.net** *Address* **(541) 973-2422** *Telephone Number* 3/24/2015 *Date* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notices of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached. *Printed Name and title, if any, of Bankruptcy Petition Preparer* Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.) *Address* *Signature of Preparer* *Date* |
| * In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petiton preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person, individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.) |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. *Signature of Authorized Individual* *Printed Name of Authorized Individual* *Title of Authorized Individual* *Date* | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 100; 18 U.S.C. § 156.* |

# ATTACHMENT TO VOLUNTARY PETITION

## All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):

G.M.R, Inc.
Si,Casa Flores Mexican Cuisine
SiCasaFloresMexicanCuisine

---

# UNITED STATES BANKRUPTCY COURT

In re:     **Gregorio Martinez Rodriguez**         ,                              **Case No.**_____
         **Debtor**                                                                                                                                                    (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed*

☒ 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.

☐ 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. [Summarize exigent circumstances here.]

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: [Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     Gregorio Martinez Rodriguez

Date: 3/24/2015

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

### District of Oregon

In re __Gregorio Martinez Rodriguez__ ,    Case No. _____
                        Debtor    Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lopez, Eduardo<br>Flores, Francisco J<br>Esquivel, Leobardo<br>3555 S Pacific Hwy #218<br>Medford, OR 97501 | Lopez, Eduardo<br>Flores, Francisco J<br>Esquivel, Leobardo<br>3555 S Pacific Hwy #218<br>Medford, OR 97501<br>ph: 541-772-3442 | LIENS | | $380,773.00 |
| Bank of the Cascades<br>Andrew J. Gerlicher, Reg. Agent<br>POB 970<br>Bend, OR 97709 | Bank of the Cascades<br>Andrew J. Gerlicher, Reg. Agent<br>POB 970<br>Bend, OR 97709<br>ph: 877-617-3400 | LIENS | | $248,493.00 |
| Wells Fargo<br>Accounts Receivable<br>POB 10335<br>Des Moines, IA 50306 | Wells Fargo<br>Accounts Receivable<br>POB 10335<br>Des Moines, IA 50306<br>ph: 800-946-2626 | LIENS | | $190,545.00 |
| Hornecker Cowling et al<br>Eric B Mitton<br>717 Murphy Rd<br>Medford, OR 97504 | Hornecker Cowling et al<br>Eric B Mitton<br>717 Murphy Rd<br>Medford, OR 97504<br>ph: 541-779-8900 | BUSINESS DEBT | | $88,139.00 |
| Wells Fargo<br>Accounts Receivable<br>POB 2715<br>Winston-Salem, NC 27102 | Wells Fargo<br>Accounts Receivable<br>POB 2715<br>Winston-Salem, NC 27102<br>ph: 866-727-5363 | LIENS | | $86,406.00 |
| Wells Fargo Business Line<br>Accounts Receivable<br>POB 54349<br>Los Angeles, CA 90054 | Wells Fargo Business Line<br>Accounts Receivable<br>POB 54349<br>Los Angeles, CA 90054<br>ph: 800-225-5935 | BUSINESS DEBT | | $73,500.00 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Oregon

In re   __Gregorio Martinez Rodriguez__  ,                                    Case No. _____

                     **Debtor**                                        Chapter   __11__

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chase<br>Accounts Receivable<br>POB 78101<br>Phoenix, AZ 85062 | Chase<br>Accounts Receivable<br>POB 78101<br>Phoenix, AZ 85062<br><br>ph: 800-346-9127 | PERSONAL DEBT | | $20,839.00 |
| Sysco Portlanf. Kpe0<br>e lq O ctrn V Ncpevqv Rtgukf gpv<br>48472 UY Rctmy c{ Egpvgt Ft<br>Wilsonville, OR 97070 | Sysco Portland. Kpe0<br>e lq O ctrn V Ncpevqv Rtgukf gpv<br>48472 UY Rctmy c{ Egpvgt Ft<br>Wilsonville, OR 97070<br><br>ph: 503-682-6586 | LIENS | | $20,519.00 |
| Wells Fargo<br>Accounts Receivable<br>POB 10335<br>Des Moines, IA 50306 | Wells Fargo<br>Accounts Receivable<br>POB 10335<br>Des Moines, IA 50306<br><br>ph: 800-946-2626 | PERSONAL DEBT | | $16,840.00 |
| Chase<br>Accounts Receivable<br>POB 15123<br>Wilmington, DE 19850 | Chase<br>Accounts Receivable<br>POB 15123<br>Wilmington, DE 19850<br><br>ph: 800-432-3117 | BUSINESS DEBT | | $13,447.00 |
| TD Auto Finance<br>Accounts Receivable<br>POB 9223<br>Farmington Hills, MI 48333 | TD Auto Finance<br>Accounts Receivable<br>POB 9223<br>Farmington Hills, MI 48333<br><br>ph: 800-556-8172 | LIENS | | $4,669.00 |
| Wells Fargo<br>Accounts Receivable<br>POB 30086<br>Los Angeles, CA 90030 | Wells Fargo<br>Accounts Receivable<br>POB 30086<br>Los Angeles, CA 90030<br><br>ph: 800-642-4720 | BUSINESS DEBT | | $3,740.00 |
| GreenTree<br>Accounts Receivable<br>POB 6172<br>Rapid City, SD 57709 | GreenTree<br>Accounts Receivable<br>POB 6172<br>Rapid City, SD 57709<br><br>ph: 800-643-0202 | LIENS | | $2,694.00 |
| Bank of America<br>Brian Wells, Acct Rep<br>POB 1880<br>Voorhees, NJ 8043 | Bank of America<br>Brian Wells, Acct Rep<br>POB 1880<br>Voorhees, NJ 8043<br><br>ph: 877-980-1040 | BUSINESS DEBT | | $1,872.00 |

In re   **Gregorio Martinez Rodriguez**                                   Case No._____
           **Debtor**                                                                                      **(If known)**

# DECLARATION REGARDING LIST OF CREDITORS

**DECLARATION UNDER PENALTY OF PERJURY REGARDING THE TOP** 20 **UNSECURED CLAIMS ON BEHALF OF AN INDIVIDUAL**

I, Gregorio Martinez Rodriguez named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 20 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   5/14/2015                                                           Signature:   /s/Gregorio Martinez Rodriguez

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

Keith Y. Boyd, OSB #760701
keith@boydlegal.net
The Law Offices of Keith Y. Boyd
724 S. Central Ave., Suite 106
Medford, OR 97501
Telephone: 541-973-2422
Facsimile: 541-973-2426
    Of Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. |
|---|---|
| Gregorio Martinez Rodriguez,<br><br>Debtor. | CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS |

    I hereby certify that on March 24, 2015 I served full and complete copies of the following:

1.    List of Creditors Holding 20 Largest Unsecured Claims; and
2.    Self-adhesive labels for the debtor, parties designated to perform the debtor's duties, debtor's attorney, and each creditor on the List of Creditors Holding 20 Largest Unsecured Claims.

by depositing in the United States mail at Eugene, Oregon, by first class mail, postage prepaid, addressed to the following:

        Office of the U.S. Trustee
        Wayne L. Morse Courthouse
        405 East 8th Avenue, Suite 1100
        Eugene, OR 97401

    DATED this 24th day of March, 2015.

                THE LAW OFFICES OF KEITH Y. BOYD

                By:    /s/ Keith Y. Boyd
                        Keith Y. Boyd, OSB #760701
                            Of Attorneys for Debtor in Possession